UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 06-386- KSF

UNITED STATES OF AMERICA, et al            PLAINTIFFS

VS.                         **ORDER**

LEXINGTON-FAYETTE URBAN
COUNTY GOVERNMENT            DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

The plaintiffs have moved the Court to enter the submitted Consent Decree [DE #46]. Pursuant to paragraph 85 of the Decree, the defendant, Lexington-Fayette Urban County Government (LFUCG) has consented to the entry of the Consent Decree.

Section IV of the Consent Decree sets out the terms of the Decree. In Section IV(B), the defendant has agreed to the payment of civil penalties in the amount of $425,000 to the United States. In addition, LFUCG has agreed to perform two Federal Supplemental Environmental Projects (SEP) in mitigation of the civil penalty.

The Clean Water Act requires that a civil penalty be imposed for violation thereof. The United States advises the Court that it is customary to include substantial penalties for past non-compliance as an important component of enforcement and to operate as a deterrent to future non-compliance by the defendant and by others.

The Court agrees with the commenters who were concerned that the penalties were too high and that the penalty money could be better applied to the work required under the

Consent Decree.

Present day taxpayers and sewer services users should not be severely penalized for longstanding neglect on the part of the defendant. A large portion of the penalty money could be better utilized by additional SEPs or by application of a portion of the penalty money to remedial work required by the Consent Decree.

**IT IS, THEREFORE, ORDERED** that the motion [DE #46] is **DENIED** and the Consent Decree is **REJECTED**; the parties are directed to enter into negotiations to resolve the civil penalty matter.

This 7th day of August, 2008.



**Signed By:**

<u>*Karl S. Forester*</u>  *KSF*

**United States Senior Judge**