UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 06-386-KSF

UNITED STATES OF AMERICA, et al                                          PLAINTIFFS

V.                                    ORDER

LEXINGTON-FAYETTE URBAN COUNTY
GOVERNMENT                                                                DEFENDANT

* * * * * * * * * * * * * * *

     This matter is before the Court on the Stipulation of Voluntary Dismissal filed herein by Intervening Plaintiff, Fayette County Neighborhood Council [DE 64]. The Court being sufficiently advised, **IT IS HEREBY ORDERED** that all claims of Intervening Plaintiff, Fayette County Neighborhood Council are **DISMISSED**.

     This 30th day of October, 2008.



**Signed By:**

*Karl S. Forester* KSF

**United States Senior Judge**