UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 08-6296

**FILED**
Jan 07, 2010
LEONARD GREEN, Clerk

UNITED STATES OF AMERICA,
    Plaintiff - Appellant,

FAYETTE COUNTY NEIGHBORHOOD COUNCIL; WALTER E. GAFFIELD; JOHN TUCKER; MARK W. LOWRY; STANLEY WILLIAMS; JENA KEMPLIN; ARTHUR BRYSON; KATHLEEN C. BRYSON; WILLIAM REYNOLDS; BARBARA REYNOLDS; JIM LAVORGNA; CHERYL LAVORGNA; ROBERT SCOTT; CELESTE SCOTT et al.,
    Intervenors - Appellees,

COMMONWEALTH OF KENTUCKY,
    Plaintiff,

  v.

LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT,
    Defendant - Appellee.

Before: SILER, GILMAN, and ROGERS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Kentucky at Lexington.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is VACATED and REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Leonard Green
Clerk